ORIGINAL

FILED
U.S. DISTRICT COURT
AUGUSTA DIV.

2015 JUL -7 PM 3:59

CLERK_____
SO. DIST. OF GA.

IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF GEORGIA

DUBLIN DIVISION

| | |
|---|---|
| FERMIN REY, | ) |
| Petitioner, | ) |
| v. | ) CV 315-027 |
| STACEY N. STONE, Warden, | ) |
| Respondent. | ) |

# ORDER

After a careful, *de novo* review of the file, the Court concurs with the Magistrate Judge's Report and Recommendation, to which no objections have been filed. Accordingly, the Court **ADOPTS** the Report and Recommendation of the Magistrate Judge as its opinion, **DISMISSES AS MOOT** the petition filed pursuant to 28 U.S.C. § 2241, and **CLOSES** this civil action.

SO ORDERED this 7th day of July, 2015, at Augusta, Georgia.

_____
UNITED STATES DISTRICT JUDGE